# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2012

143940

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

GEORVAL PETRIS PENNINGTON,
    Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143940
COA: 304868
Jackson CC: 09-005863 FC

On order of the Court, the application for leave to appeal the October 3, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012

Clerk

h0227